IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CV-210-BO

| | | |
|---|---|---|
| RELIASTAR LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| JOHN B. LASCHKEWITSCH, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion for leave to issue document subpeona. [DE 77]. For the following reasons, the motion is GRANTED.

## BACKGROUND

Plaintiff filed this suit seeking a declaration that a life insurance policy is void and rescinded *ab initio* because it was procured through fraudulent and material misrepresentations and omissions in the application process by defendant and the insured. The discovery period ended on January 27, 2014. Plaintiff now states that, based on new information it received on January 30, 2014, a non-party holds records relevant to the issues in this case and requires a subpoena before releasing them to plaintiff.

## DISCUSSION

Local Rule 6.1 requires that good cause be shown when requesting the extension of a deadline. Here plaintiff explains that it received the information leading to the discovery of new documents relevant to the matters in this case after the discovery deadline had already passed. Further, plaintiff explains that it received this information as a result of production from a non-party subpoena it was forced to issue because defendant ignored this Court's previous order to

produce the documents. [DE 43]. This Court finds that plaintiff has shown good cause to be allowed to subpoena documents from Financial Security Associates after the discovery deadline. Plaintiff is hereby ALLOWED to issue a subpoena to Financial Security Associates.

SO ORDERED.

This the 5 day of February 2014.

*[signature]*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE