IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CV-210-BO

| | |
|---|---|
| RELIASTAR LIFE INSURANCE COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| JOHN B. LASCHKEWITSCH, | ) |
| Defendant. | ) |

This matter is before the Court on defendant's "motion regarding sufficiency of plaintiff's answers and objections" [DE 65] and defendant's motion for discovery sanctions [DE 71]. In each instance plaintiff provided lengthy opposition memoranda which clearly demonstrate the frivolity and misleading nature of defendant's motions. Defendant did not respond to either memorandum by filing a reply memorandum, leaving plaintiff's statements unchallenged.

Plaintiff has demonstrated that it properly responded to defendant's requests for admissions. Accordingly defendant's first motion [DE 65] is DENIED.

Plaintiff has demonstrated that there is no merit in defendant's motion for discovery sanctions. Indeed, it is clear that defendant has attempted to mislead the court in his supporting memorandum to the motion. As there is no merit to the motion, it is DENIED.

SO ORDERED.

This the _6_ day of March 2014.

Terrence W. Boyle
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE