THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-cv-00210-BO

| | |
|---|---|
| RELIASTAR LIFE INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) (Proposed) ORDER GRANTING<br>) PLAINTIFF'S MOTION TO FILE<br>) DOCUMENTS UNDER SEAL<br>) |
| JOHN B. LASCHKEWITSCH, | )<br>) |
| Defendant. | )<br>) |

Pursuant to Local Rule 26(a)(1), the Court grants Plaintiff's Motion to File Documents Under Seal. All exhibits to Plaintiff's Motion for Summary Judgment containing medical information or records or testimony about the insured's health and the Memorandum in Support of Plaintiff's Motion for Summary Judgment shall be maintained under seal.

Date: ~~February~~ *March 13*, 2014.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE